AO-10
Rev. 1/98

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 1998

Report Required by the Ethics
Reform Act of 1989, Pub. L. No.
101-194, November 30, 1989
(5 U.S.C. App. 4, 101-112)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lefkow, Joan H. | U.S. Bankruptcy Court Northern District of Illinois | 5/11/99 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time bankruptcy judge | ___ Nomination, Date _____ <br> ___ Initial  _X_ Annual  ___ Final | 1/1/98 – 12/31/98 |

| 7. Chambers or Office Address <br> 219 S. Dearborn Street, Suite 662 <br> Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] **NONE** (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 1 | 1/1/98-12/31/98 Spouse's income from self-employment (attorney)(S) | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |
| 5 | | $ |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Joan H. Lefkow | 5/11/99 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements received by spouse and dependent children, respectively. See pp. 25-28 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|

**[X]** NONE (No such reportable reimbursements.)

## V. GIFTS. *(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate gifts received by spouse and dependent children, respectively. See pp. 29-32 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|

NONE (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| Union League Club of Chicago | Honorary membership privileges | $ 1,800.00 |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; indicate, where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 33-35 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|

NONE (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| Chase Home Mortgage Ass'n (J) | Mortgage on rental property | J |
| Tulane University | College expenses for DC | J |
| Federal Thrift Savings Board | College loan | J |
| Northwestern University | College loan | K |
| | | |
| | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more | | | |

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Joan H. Lefkow |
| Date of Report | 5/11/99 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) — Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse; "(S)" for separate ownership by spouse; "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1. Single-family residence, purchased 1983, DuPage County, IL | D | Rent | L | W | | | | | |
| 2. Vanguard Group, Windsor Fund; IRA Accounts – Mutual funds. Two accnts., self & spouse. Each accnt: | A | Div., distrib. of capital gains | J | T | early distrib. | 1/6 | K | | |
| | | | | | | 1/27 | J | | |
| 3. Assets of private law practice, e.g., office equipment (S) | | None | J | W | | | | | |
| 4. Accounts receivable from private law practice (S) | | None | | U | | | | | |
| 5. Templeton Growth Funds, Inc., 401(k) accnt (S) | C | Div., Cap gain | K | T | | | | | |
| 6. Smith Barney money/mutual funds (401(k)) (S) | A | Div., Cap gain | J | T | | | | | |
| 7. Federal Center Employees' Credit Union; 5 jointly-held accounts with (S); 4 jointly-held accounts with (DC) | A | Int. Div. | J | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities and to the best of my knowledge after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Joan H. Lefkow_    Date _May 11, 1999._

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App. 4, § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 1999

AO-10 (w)
Rev. 1/2000

*Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)*

| 1. Person Reporting    (Last name, first, middle initial)  | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| .kow, Joan H. | N. District Ill., E. Div. | 05/15/2000 |

| 4. Title    (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> U.S. Bankruptcy Judge(Full-tim | 5. Report Type (check type) <br><br> ___ Nomination, Date ___ / / ___ <br><br> ___ Initial   X  Annual   ___ Final | 6. Reporting Period <br> 01/01/1999 <br> to <br> 12/31/1999 |
|---|---|---|

| 7. Chambers or Office Address <br><br> 219 South Dearborn Street <br><br> Suite 662 <br><br> Chicago, IL  60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS    (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| [X] NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS    (Reporting individual only; see pp.14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME    (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 1 | Income from self-employment(S) | |
| 2 | | |
| 3 | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lefkow, Joan H. | 05/15/2000 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ | NONE (No such reportable reimbursements.) | |
| 1 | American Bankruptcy Institute | Transportation on April 16, 1999 to Annual Meeting when I was a panelist on education program |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X NONE | (No such reportable gifts.) | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☐ | NONE (No reportable liabilities.) | | |
| 1 | Chase Home Mortgage Assn | Mortgage on Rental Property | J |
| 2 | Northern Trust Bank | Home equity line | J |
| 3 | Northwestern University | Parent-student loan | K |
| 4 | | | |
| 5 | | | |
| | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
0=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| | | | |
|---|---|---|---|
| Name of Person Reporting | Lefkow, Joan H. | | Date of Report 05/15/2000 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income,assets, or transactions.) | | | | | | | | | |
| 1 Single family residence purchased 1983, DuPage Co., IL | D | Rent | L | W | | | | | |
| 2 Vanguard Grp, Windsor Fund. IRA Accts, self &(S). Ea.acct | A | Dividend dist. cap gains | J | T | early distrb | 1/6 | K | A | |
| IRA accounts. Self and spouse. Each account | | | | | early distrb | 01/27 | J | A | |
| 3. Templeton Growth Funds 401(k) accnt-Smith Barney/money market account (CDs) | A | Dividend | L | T | | | | | |
| 4. Smith Barney money/mutual funds 401(k)(S)-Smith Barney money market account (CDs) | A | Dividend | L | T | | | | | |
| 5. Fed.Cntr.Emp.Credit Union, 5 jointly held accnts w(S) & (DC) | A | Interest Div. | J | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 Inc/Gain Codes: (B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

| | Name of Person Reporting | Date of Report |
|---|---|---|
| FINANCIAL DISCLOSURE REPORT | Lefkow, Joan H. | 05/15/2000 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lefkow, Joan H. | 05/15/2000 |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____     Date _____

Note: Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E. -
Suite 2-301
Washington, D.C. 20544

# Joan H. Lefkow and Michael F. Lefkow
## STATEMENT OF NET WORTH
### March 22, 2000

*Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.*

| ASSETS | VALUE | LIABILITIES | AMOUNT |
|---|---|---|---|
| Cash on hand and in banks | $ 8,933 | Notes payable to banks - secured | $ 0 |
| U.S. Govt securities–add schedule - See schedule | 173 | Notes payable to banks - unsecured | 7,485 |
| Listed securities - See schedule | 251,064 | Notes payable to relatives | 0 |
| Unlisted securities | 0 | Notes payable to others | 0 |
| Accounts and notes receivable | 286,524 | Accounts and bills due–schedule | 0 |
| Due from relatives & friends | 0 | Unpaid income tax (due 4/15/00) | 4,795 |
| Due from others | 58,256 | Other unpaid tax and interest state tax due 4/15/2000 | 446 |
| Doubtful | 232,756 | Real estate mortgages payable-- see schedule | 304,145 |
| Real estate owned–see schedule | 510,000 | Chattel mortgages & other liens | 0 |
| Real estate mortgages receivable | 0 | Other debts: itemized on schedule | 54,992 |
| Autos & other personal property (est.) | 40,000 | | |
| Cash value life insurance | 0 | | |
| Other assets: itemize | 0 | | |
| | | Total liabilities | $ 373,063 |
| | | Net worth | $ 723,631 |
| **Total assets** | **$ 1,096,694** | **Total liabilities and net worth** | **$1,096,694** |
| CONTINGENT LIABILITIES | | GENERAL INFORMATION | |
| As endorser, co-maker or guarantor | 0 | Are any assets pledged? | Only home mortgages |
| On leases or contracts | 1,200 | Are you defendant in any suit or legal action? | No |
| Legal claims | 0 | Have you ever taken bankruptcy? | No |
| Other special debt | 0 | | |